**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Nolte et al v. AbbVie, Inc. et al    Case Number: 1:14-cv-08135

An appearance is hereby filed by the undersigned as attorney for:
Robert Nolte and Genienne Nolte, Plaintiffs

Attorney name (type or print): Parvin K. Aminolroaya

Firm: Seeger Weiss LLP

Street address: 77 Water Street, 26th Floor

City/State/Zip: New York, New York 10005

Bar ID Number: 4714135 (NY)    Telephone Number: 212-584-0700
(See item 3 in instructions)

Email Address: paminolroaya@seegerweiss.com

Are you acting as lead counsel in this case?  ☐ Yes  ☑ No
Are you acting as local counsel in this case?  ☐ Yes  ☑ No
Are you a member of the court's trial bar?  ☐ Yes  ☑ No
If this case reaches trial, will you act as the trial attorney?  ☑ Yes  ☐ No

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                   ☐ Appointed Counsel
                                                      If appointed counsel, are you
                                                   ☐ Federal Defender
                                                   ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/28/2017

Attorney signature:    S/ Parvin K. Aminolroaya
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015