IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545 <br> Master Docket Case No. 1:14-cv-01748 <br> Honorable Matthew F. Kennelly |
| This document relates to: <br> *Nolte v. AbbVie Inc.*, No. 1:14-cv-08135 | |

**PLAINTIFFS' RESPONSE MEMORANDUM TO DEFENDANTS' STATEMENT IN SUPPORT OF THEIR OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE EVIDENCE OF HIS RHEUMATOID ARTHRITIS**

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Warights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Plaintiffs' Co-Lead Counsel *on behalf of* Plaintiffs' Steering Committee

January 5, 2018

## ARGUMENT

Plaintiffs respectfully submit this memorandum response to Defendants' supplemental pleading filed in opposition Plaintiffs' MIL III(D)(2). Despite scattered references to RA appearing in some of Mr. Nolte's medical records, there are no contemporaneous notes to support the claim that Mr. Nolte has RA or was/is being treated for this condition.

Defendants erroneously claim that several medications prescribed to Mr. Nolte were prescribed to treat RA. However, the medications offered as "proof" that Mr. Nolte has RA lend no further support to their position. Plaintiff addresses each of the medications cited by Defendants and attaches for the Court's convenience **[Exhibit A]**[1] a timeline of prescription medications filled by Mr. Nolte:

>   1. **Diclofenac (Voltaren) Ophthalmic**: "Diclofenac 0.1% Opthalmolic solution" was picked up at Walgreens and Sierra Health Mart Pharmacy.[2] Attached hereto as **Exhibit E** is a copy of the prescription label that states under "Indications and Usage" it states: "…indicated for the treatment of post-operative inflammation in patients who have undergone cataract extraction and for the temporary relief of pain and photophobia in patients undergoing corneal refractive surgery."
>
>   2. **Volataren (Diclofenac) gel:** "Voltaren 1% gel 100 Gms." from the Walgreens Pharmacy.[3] Of note, Mr. Nolte was prescribed Voltaren gel, *not* the oral preparation of Voltaren as claimed by Defendants. Attached hereto as **Exhibit F** is the label for Voltaren gel with "Indications and Usage" as follows: "it is a nonsteroidal, anti-inflammatory drug indicated for the relief of the pain of ***osteoarthritis*** of joints amenable to topical treatment, such as the knees and those of the hands." [emphasis added].
>
>   3. **Rayos (Predisone):** Mr. Nolte has periodically been prescribed Prednisone 20 mg. for his ulcerative colitis (UC), a condition that the plaintiffs do not dispute he has. **[see Prednisone labeling, attached Exhibit 16 to Defendants' supplemental pleading].** Mr. Nolte filled prescriptions for Prednisone once in August 2005, and on six other occasions

---

[1] Culled from the records of Sierra Health Mart Pharmacy **[Exhibit B; Tr. Ex. 2030]** and Walgreens Pharmacy **[Exhibit C: Tr. Ex. 2032; Exhibit D: Tr. Ex. 2033].**

[2] Diclofenac prescriptions filled by Mr. Nolte are highlighted in Yellow on **Exhibit A**.

[3] Voltaren gel prescription filled by Mr. is Nolte highlighted in Green on **Exhibit A.**

between April 2012 and October, 2013.[4] The prescriptions were written by gastroenterology practitioners at the Cochise Digestive Health Center, where Mr. Nolte treats for his UC, e.g., Suzanne Daly, M.D. and Elizabeth Smith, NP and filled at either Sierra Health Mart or Walgreens. **[Exhibits B, C and D]**. Dr. A. Ismail, who also prescribed prednisone to Mr. Nolte, **[Exhibit D, Tr. Ex. 2033],** is a specialist in gastroenterology. **[Exhibit G].**

4. **Imuran (Azathiopriene):**[5] This medication **[see labeling attached as Exhibit 14 to Defendants' supplemental pleading]** was prescribed to Mr. Nolte from September 4, 2013 through September 9, 2014, and picked up from the Walgreen's Pharmacy. A review of the prescription records reveals that Imuran was prescribed by Mr. Nolte's gastroenterology specialists (Daly, Smith, Pesnell) from Cochise Digestive Health Center and filled at Walgreens Pharmacy. **[Exhibit D; Tr. Ex. 2033]**

Moreover, records from Cochhise Digestive Health referenced by Defendants in their supplemental pleading support the plaintiff's position that prednisone was prescribed to Mr. Nolte to treat his UC—not RA. **[See Defendants' Exhibit 6; Tr. Ex. 6046.35].** In another record of the Cochise Digestive Health records, it is noted that *both* prednisone and Imuran were prescribed to treat the plaintiff's UC. **[Exhibit H; Tr. Ex. 6046.15]**

Finally, Eileen Mahler, a Nurse Practitioner, and the only healthcare provider to be deposed on the issue of arthritis, clearly testified that she had prescribed diclofenac to treat Mr. Nolte's "osteoarthritis". **[Exhibit I, sworn testimony of Eileen Mahler, NP, recorded on October 14, 2016; Tr. at 24:25-27:2]**.

In short, the only possible relevance[6] that this evidence could have is Dr. Bauer's reference to RA as a "possible risk factor" for hypogonadism, but Dr. Bauer's opinion is based on misleading references to Mr. Nolte's records and prescription labels with no context. This

---

[4] Prescriptions for Prednisone filled by Mr. Nolte are highlighted in blue on Exhibit A.

[5] Prescriptions for Imuran filled by Mr. Nolte are highlighted in beige on Exhibit A.

[6] For the first time in response to Plaintiff's Motion *in Limine*, AbbVie argues that rheumatoid arthritis is a risk factor for hypogonadism. They have cited to a textbook, (Exhibit 4444.44) not to their expert, Dr. Khera, because Dr. Khera has not given an opinion that rheumatoid arthritis is a risk factor for hypogonadism, nor did Dr. Khera list Exhibit 4444 as a reference for his opinions. Dr. Khera does not even mention RA in his report.

possible relevance, where AbbVie has failed to produce any credible medical evidence that Mr. Nolte has RA, is greatly outweighed by the risk of misleading the jury and wasting time at trial.

For the forgoing reasons, Plaintiffs respectfully request that the Court grant Plaintiff's MIL III(D)(2) pursuant to Rule 401, 402 and 403.

Dated: January 5, 2018                              Respectfully submitted,


                                          */s/ Ronald Johnson, Jr.*
                                          Ronald Johnson, Jr.
                                          SCHACHTER, HENDY & JOHNSON PSC
                                          909 Wrights Summit Parkway, Suite 210
                                          Ft. Wright, KY 41011
                                          Phone: (859) 578-4444
                                          Fax: (859) 578-4440
                                          Email: rjohnson@pschacter.com

                                          Trent B. Miracle
                                          SIMMONS HANLY CONROY
                                          One Court Street
                                          Alton, IL 62002
                                          Phone: (618) 259-2222
                                          Fax: (618) 259-2252
                                          Email: tmiracle@simmonsfirm.com

                                          Christopher A. Seeger
                                          SEEGER WEISS LLP
                                          77 Water Street
                                          New York, NY 10005
                                          Phone: (212) 584-0700
                                          Fax: (212) 584-0799
                                          Email: cseeger@seegerweiss.com

                                          Plaintiffs' Co-Lead Counsel *on behalf of* Plaintiffs'
                                          Steering Committee

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2017, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

*/s/ Trent B. Miracle*
Trent B. Miracle