IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | MDL No. 2545<br><br>Master Docket Case No. 1:14-cv-01748<br><br>Honorable Matthew F. Kennelly |
| This document relates to:<br><br>*Nolte v. AbbVie Inc.*, No. 1:14-cv-08135 | |

## JOINT STATEMENT OF AGREEMENT REGARDING ADMITTED EXHIBITS (DR. HENRY M. RINDER)

Plaintiffs' Co-Lead Counsel *on behalf of* Plaintiffs' Steering Committee in accordance with the Court's instruction, the parties submit the following agreed-to designation of individual exhibits admitted into evidence on January 17, 2018, in the form of composite exhibits (Binders 1 and 4), during the direct examination of Dr. Henry M. Rinder:

| **Binder 1** | **Binder 4** |
|---|---|
| 0267 | 0413 |
| 0072a | 0085 |
| 0414 | 0121 |
| 0072e | 0336 |
| 0418 | |
| 0416 | |
| 0072m | |
| 0072n | |
| 0072p | |

Defendants reserve their right to seek redactions of the above-enumerated exhibits to the extent that they may contain reference to cardiovascular events (CV events), for which the parties shall meet and confer prior to submission of said exhibits to the jury.

Dated: January 21, 2018          Respectfully submitted,


       */s/ Ronald Johnson, Jr.*

Ronald Johnson, Jr.
SCHACHTER, HENDY & JOHNSON PSC
909 Wrights Summit Parkway, Suite 210
Ft. Wright, KY 41011
Phone: (859) 578-4444
Fax: (859) 578-4440
Email: rjohnson@pschacter.com

Trent B. Miracle
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2252
Email: tmiracle@simmonsfirm.com

Christopher A. Seeger
SEEGER WEISS LLP
77 Water Street
New York, NY 10005
Phone: (212) 584-0700
Fax: (212) 584-0799
Email: cseeger@seegerweiss.com

Plaintiffs' Co-Lead Counsel *on behalf of* Plaintiffs'
Steering Committee

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2018, I electronically transmitted the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

*/s/ Brendan A. Smith*
Brendan A. Smith